BEFORE: MICHAEL L. ORENSTEIN          DATE July 12, 2006
UNITED STATES MAGISTRATE JUDGE        TIME ON: 3:30
                                      TIME OFF:_____

DOCKET#CV 06-518            ASSIGNED JUDGE: HURLEY

CASE NAME: Legagneur v. Medical Depot, Inc.

CIVIL CONFERENCE


Initial X   Status___  Discovery _____   Settlement_____

Pretrial___ Pre-Motion _____

Motion_____

TAPE #_____

APPEARANCES:   Plaintiff    _____

               Defendant    _____

Discovery completed by      _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference   9/8/06 at 10³⁰ AM

Pre-Trial Order filed by    _____

               Plaintiff    _____

               Defendant    _____


THE FOLLOWING RULINGS WERE MADE: Action is referred to mandatory mediation program of the court.