UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

PASCALE LEGAGNEUR,

              Plaintiff, Counter-Defendant

            -against-

MEDICAL DEPOT, INC.
d/b/a DRIVE MEDICAL DESIGN
and MANUFACTURING,
RICHARD S. KOLODNY,
HARVEY P. DIAMOND,
JEFFREY SCHWARTZ
and DOUGLAS C. FRANCIS,

                     Defendants

ZIEGLER, ZIEGLER & ASSOCIATES,
LLP and CHRISTOPHER BRENNAN

     Additional Defendants on Counter-Claims

-------------------------------------------------------------X

Civil Action No. 06-CV-0518

Hurley, J.
Orenstein, M.J.

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

       ·IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, PASCALE LEGAGNEUR, MEDICAL DEPOT, INC., D/B/A DRIVE MEDICAL DESIGN AND MANUFACTURING, RICHARD S. KOLODNY, HARVEY P. DIAMOND, JEFFREY SCHWARTZ AND DOUGLAS C. FRANCIS, and the Additional Defendants on the Counter-Claims, ZIEGLER, ZIEGLER AND ASSOCIATES, LLP AND CHRISTOPHER BRENNAN, that the above-entitled action shall be dismissed with prejudice and without costs or attorneys' fees to any party as against the other, and that all claims of any kind by any party hereto against any other party hereby are settled, released and waived.   This matter is considered to have been authorized and supervised by the Court and is thus consistent with the provisions set forth in 29 U.S.C. Section 216(b).

PASCALE LEGAGNEUR

By:

BARRY M. BORDETSKY, ESQ. (BB____)
ATTORNEY FOR PLAINTIFF AND COUNTER DEFENDANT, PASCALE
LEGAGNEUR
570 Lexington Avenue, 44th Floor
New York, New York 10022

CHRISTOPHER BRENNAN, ESQ. (CB1585)

By:

    CHRISTOPHER BRENNAN, ESQ. (CB1585)
    COUNTER-DEFENDANT, *PRO SE*
    c/o ZIEGLER, ZIEGLER & ASSOCIATES LLP
    570 Lexington Avenue, 44th Floor
    New York, New York 10022

ZIEGLER, ZIEGLER & ASSOCIATES LLP

By:

    SCOTT ZIEGLER      [Print Name of Signatory Here]
    *COUNTER-DEFENDANT*
    570 Lexington Avenue, 44th Floor
    New York, New York  10022

WOLFF & SAMSON P.C.

By:

    ADAM FRIEDMAN, ESQ. (AF5700)
    ATTORNEYS FOR DEFENDANTS ON THE COUNTER-CLAIMS
    One Boland Drive
    West Orange, NJ 07052
    (973) 530-2029

JACKSON LEWIS LLP

By:

    PAUL J. SIEGEL, ESQ. (PS2245)
    ATTORNEYS FOR DEFENDANTS
    58 South Service Road, Suite 410
    Melville, NY 11747
    (631) 247-0404